Opinion issued April 1, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00128-CV






IN RE NOBLE ROYALTIES, INC., Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, Noble Royalties, Inc., challenges the
trial court's order of reinstatement and all subsequently issued orders. 

We deny the petition for writ of mandamus. 

 

Per Curiam 


Panel consists of Justices Jennings, Hanks, and Bland. 


1. The underlying case is Weisser Johnson Capital LP v. Noble Royalties, Inc., No.
2006-42681 in the 113th Judicial District Court of Harris County, Texas, the Hon.
Patricia Hancock, presiding.